ERCOL AND ANN PERRUZZI v. ARTHUR WEISS, ESQ.

January 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. TIMOTHY R. FLYNN.

February 3, 1986.

Petition for certification is granted, and the matter is summarily remanded to the Superior Court, Law Division, Warren County, for reconsideration in light of *State v. Matulewicz*, 101 *N.J.* 27 (1985).

STATE OF NEW JERSEY v. JOHN FRANK CARNESI, JR.

February 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN SCOTT JEFFREY.

February 3, 1986.

Petition for certification denied.